UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYANT BENTLEY,

    Plaintiff,

v.

                                      Case No. 14-13618

                                      Hon. John Corbett O'Meara

CORIZON HEALTH, INC., *et al.*,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is a report and recommendation filed by Magistrate Judge David R. Grand on February 25, 2015. No objections have been filed by the parties. The court having fully reviewed the matter;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

IT IS FURTHER ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

                                      s/John Corbett O'Meara
                                      United States District Judge

Date: March 25, 2015

    I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 25, 2015, using the ECF system and/or ordinary mail.

                                              <u>s/William Barkholz</u>
                                              Case Manager